COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00434-CR |
| Style: | Elmer Marquez-Nunez v. The State of Texas |
| Date motion filed*: | February 1, 2016 |
| Type of motion: | State's Second Motion for Extension of Time to File Appellee's Brief |
| Party filing motion: | Appellee |
| Document to be filed: | Appellee's brief |

Is appeal accelerated?        No.

If motion to extend time:

Original due date:                      November 2, 2015

Number of extensions granted:        1            Current Due Date:  February 2, 2016

Date Requested:                      February 22, 2016 or 15-day extension from date

State receives requested exhibits

Ordered that motion is:

☑ Granted

        If document is to be filed, document due:  March 9, 2016.

       ☑        No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

The State's second motion for an extension of time to file appellee's brief fifteen days from the date it receives the State's Motion to Suppress Exhibit No. 1 and State's Trial Exhibit No. 3, is **granted until March 9, 2016, but no further extensions will be granted** because the trial clerk only submitted those exhibits to the Clerk of this Court on February 17, 2016.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).  The State is directed to view those exhibits in the Media Viewing Room of the Clerk of this Court.

Judge's signature: /s/ Evelyn V. Keyes

          ☒ Acting individually        ☐ Acting for the Court

Date:  February 23, 2016